Per Curiam:
 

 Harrington,
 
 Justice.
 

 Bail may be discharged by the act of God, [as the death of the principal; or by the act of the law, as by the con[viction and transportation or imprisonment of the principal for felony, [which puts it out of the power of the bail to surrender him. (Petersdorf
 
 on bail,
 
 395.) • And the court will enter an exoneretur even iffiere they would not grant a habeas corpus to bring up the body.
 
 (Wood
 
 vs.
 
 Mitchell,
 
 6
 
 Term Rep.
 
 24;
 
 Fowler
 
 vs.
 
 Dunn,
 
 3
 
 Burr.
 
 2034.) Jut in Vergen’s case (2
 
 Strange
 
 1217,) who was convicted of a felony and pardoned on condition of transportation, and who had also jiven bail in a civil action depending against him, a habeas corpus fas granted, and he was transferred from the sheriff to the marshall |n discharge of the bail, and immediately returned to the sheriff. Even vhere the habeas corpus has been refused as an improper interference with the criminal commitment, an exoneretur has been entered |n favor of the bail.
 

 Rule absolute.